# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130974

FIRST TENNESSEE BANK,
      Plaintiff-Appellee,

v

ROGER OTTOMAN and MARCIA
OTTOMAN,
      Defendants-Appellants,

and

BANKONE,
      Third-Party Defendant.
_____/

SC: 130974
COA: 266141
Washtenaw CC: 04-001107-AV
14-A DC: 04-1348-LT

      On order of the Court, the application for leave to appeal the February 22, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2006

_____
Clerk

d0907